

**Amalia Rodriguez-Mendoza**
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**

December 29, 2014

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-09-001377 and Court of Appeals number 03-14-00750-CV, styled, Lawrence C. Mathis vs. DCR Mortgage III Sub I, LLC is due in your office today, December 29, 2014. This office has not received payment for this record as of today; however, the appellant is going to expedite the payment. Therefore, I am requesting an extension for filing. Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Bari Henson
Deputy Court Clerk II
(512) 854-5835